# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHNNY RAY CHANDLER,** | : | **CIVIL ACTION NO. 1:12-CV-1674** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **THE UNITED STATES, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 18th day of September, 2012, upon consideration of plaintiff's motion (Doc. 7) for appointment of counsel filed on September 4, 2012, and it appearing that on August 24, 2012, plaintiff's complaint was DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g), it is hereby ORDERED that the motion is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge